IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

PALADINS OF TRUTH MINISTRY,

      Plaintiff,

      v.

IHM LIVING TRUST DATED FEBRUARY 10, 2022,
MARK IHM as Trustee, JULIANNA IHM, MARK IHM
And JOHN BEST,

      Defendants.

ORDER

26-cv-322-wmc

_____

On April 13, 2026, "plaintiff" Paladins of Truth Ministry, an "ecclesiastical & express trust," purporting to be represented by "Carlos-Juan: Cangiano and Orchid Morningstar," filed a notice of removal of a small claims action for eviction in Grant County Circuit Court Case No. 2026SC82. This underlying, state lawsuit was brought by the now so-called "defendants" Ihm Living Trust dated February 10, 2022, Mark Ihm, and Juliana Ihm on February 10 and served on the actual defendant Orchid Morningstar on February 22, 2026. Plaintiff also filed an emergency motion for a preliminary injunction, seeking to void the state court's judgment of eviction. (Dkt. #8.) Because the removal is patently improper on a number of levels, this case is REMANDED back to state court. First, the notice of removal fails to comply with the requirements of 28 U.S.C. § 1446(a), as it is both untimely *and* unsupported by any state court records. Second, plaintiff is seeking to challenge a judgment of eviction entered in Case No. 2026SC82, which is precluded by the *Rooker-Feldman* doctrine. *Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 284 (2005). Finally, neither Cangiano nor Morningstar are licensed attorneys

1

and, to the extent that plaintiff appears to assert federal claims stemming from the eviction, a trust cannot litigate pro se or be represented in federal court by a non-lawyer. *In re IFC Credit Corp.*, 663 F.3d 315, 318 (7th Cir. 2011); *see also Knoefler v. United Bank of Bismark*, 20 F.3d 347, 348 (8th Cir. 1994) (non-lawyer trustee cannot represent trust); *C.E. Pope Equity Tr. v. United States*, 818 F.2d 696, 698 (9th Cir. 1987) (same).

Entered this 22nd day of May, 2022.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge

2